IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LONNIE PAHL CUMMINGS, | CASE NO. 5:14-cv-02539 EJD |
| Plaintiff(s), | **ORDER OF RECUSAL** |
| v. | |
| THE STATE OF CALIFORNIA, et. al., | |
| Defendant(s). | |

I, the undersigned Judge of the court, finding myself disqualified from presiding over the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the applicable provisions of this District's Assignment Plan.

**IT IS SO ORDERED.**

Dated: July 10, 2014

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:14-cv-02539 EJD
ORDER OF RECUSAL

1