UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LONNIE PAHL CUMMINGS,<br><br>    Plaintiff,<br><br>    v.<br><br>KAMALA HARRIS,<br><br>    Defendant. | Case No. 14-cv-02539-BLF<br><br>**ORDER AFTER CASE MANAGEMENT CONFERENCE** |

Following the April 2, 2015 Initial Case Management Conference with *pro se* plaintiff Lonnie Pahl Cummings,[1] the Court ORDERS as follows:

1.    Plaintiff shall mail a copy of this order and of the First Amended Complaint (ECF 29) to the named defendant(s) in this action and file a certificate of service with this Court **by no later than April 17, 2015.**

2.    The parties shall appear for a Case Management Conference on **June 4, 2015 at 1:30 p.m.** in Courtroom 3, 5th Floor, San Jose.  In accordance with Civil Local Rule 16-9(a) and the Standing Order for All Judges of the Northern District of California, the parties are required to file a Case Management Statement with the Court **by no later than May 28, 2015.**

3.    Plaintiff is advised that he may benefit from contacting the Federal Legal Assistance Self-Help Center at the San Jose Courthouse (FLASH):

---

[1] Defendant did not appear.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

   United States Courthouse
   280 South 1st Street
   2nd Floor, Room 2070
   San Jose, CA 95113

   Phone: 408-297-1480 or 408-293-4790

**IT IS SO ORDERED.**

Dated: April 3, 2015

_____
BETH LABSON FREEMAN
United States District Judge