UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LONNIE PAHL CUMMINGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAMALA HARRIS,<br><br>　　　　Defendant. | Case No.   14-cv-02539-BLF<br><br>**ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT AND VACATING HEARING**<br><br>[Re:  ECF 38] |

　　　The Motion to Dismiss by defendant Kamala Harris that was noticed for hearing on July 23, 2015 is hereby SUBMITTED without oral argument; the hearing is VACATED.  *See* Civ. L.R. 7-1(b).

　　　**IT IS SO ORDERED.**

Dated: July 17, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge